UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                    Criminal No. 04-1078-JGD

Romeo Distasio
16 Parker Drive
North Reading, MA 01864

### SUMMONS IN A CRIMINAL CASE

You are hereby SUMMONED to appear for an Initial Appearance on **Thursday, June 17, 2004 at 11:00 A.M., in Courtroom #15**, on the 5th Floor in the United States District Court, 1 Courthouse Way, Fan Pier, Boston, Massachusetts, before Magistrate Judge Judith Gail Dein.

To answer an complaint charging you with violations of Title 18 U.S.C. section 1711.

_[signature]_                                                         June 4, 2004
Signature of Issuing Officer                                          Date

Thomas F. Quinn Jr
Deputy Clerk


**NOTE:** The defendant must appear with their attorney. **Failure to appear will result in the issuance of a warrant for your arrest.** If you can not afford an attorney, complete the enclosed financial affidavit and telephone Deputy Clerk Thomas Quinn immediately at (617) 748-9040. You must report to the Pretrial Services Office (room 1300, 1st floor), in the United States Courthouse Building two hours before you are scheduled to appear before the judge for a pretrial interview.