AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

## APPEARANCE

Case Number: 04m - 1078 - JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   _Romeo D. Stasio_

_6/17/04_
Date

_[signature]_
Signature

_Sean T. Delaney_
Print Name   _Rappaport + Delaney_
_228 Central Street_
Address

_Lowell_   _MA_   _01864_
City   State   Zip Code

_(978) 664-0968_
Phone Number